UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-21260-FAM

MANUEL SALAZAR,

    Plaintiff,

vs.

PRINCIPAL LIFE INSURANCE COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Manuel Salazar, and Defendant Principal Life Insurance Company, by and through their undersigned counsel and pursuant to *S.D. Fla. L. R.* 16.2(f)(2), notifies the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: September 23, 2016                        Respectfully submitted,

By:  */s/ Victor Pena*                      By:  */s/ Jay S. Blumenkopf*
     Victor Pena, Esq.                                 Jay S. Blumenkopf
     Fla. Bar No. 108094                       Fla. Bar No. 0835870
     **DELL & SCHAEFER**                    **GORDON & REES LLP**
     *Attorneys for Plaintiff*                      *Attorneys for Defendant*
     2404 Hollywood Boulevard            One Battery Park Plaza, 28th Floor
     Hollywood, FL 33020                       New York, NY 10004
     Telephone: (954) 620-8300              Telephone: 212.269.5500
     Facsimile: (800) 531-8935               Facsimile: 212.269.5505
     victor@diattorney.com                     jblumenkopf@gordonrees.com